UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 14 - 70298 PSG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | |
| KISHORE PALLAPOTHU, | [UNDER SEAL] |
| Defendant. | |

Defendant Kishore Pallapothu has been charged with a violation of 18 U.S.C. § 1505, Obstruction of Justice, and has been released on terms and conditions including an appearance bond and supervision by Pretrial Services.

This matter is scheduled to come before the Court for preliminary hearing or arraignment on indictment on Wednesday, February 11, 2015.

Since the last calling of the case, the government made additional information available to the defendant Pallapothu. Defendant Pallapothu and his counsel reviewed and analyzed the government's information and evidence. In response, defendant Pallapothu has offered to make information and evidence available to the government that is currently outside the jurisdiction of the U.S. Government, in India. Additional time is required to receive, review and analyze the discovery. Because of the international nature of this case, logistics is making matters more difficult, but the parties are working cooperatively through those issues. The parties are also continuing to discuss the merits of the

underlying investigation relative to a possible disposition of this matter short of indictment and such disposition may include cooperation.

Accordingly, the parties mutually agree and hereby stipulate that a short continuance of this matter from February 11, 2015, until April 17, 2015, is necessary for effective preparation of counsel and for continuity of counsel.  The parties further agree and stipulate that the time from February 11, 2015, through and including April 17, 2015, may be excluded from the computation of time within which an information or indictment shall be filed under the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation and continuity of counsel, pursuant to Title 18, United States Code Section 3161(b), (h)(7)(A), (h)(7)(B)(iv), as well as a mutual stipulation to waive time for an indictment or preliminary hearing, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, up to and including April 17, 2015, based on the need for effective preparation of counsel and continuity of counsel.

Finally, as this document references a disposition including cooperation, the parties request that this stipulation and order be filed under seal.

**IT SO STIPULATED.**

MELINDA HAAG
United States Attorney

Dated: February 9, 2015           _____/s/_____
TIMOTHY J. LUCEY
Assistant United States Attorney


Dated: February 9, 2015           _____/s/_____
EDWIN PRATHER
Attorney for Defendant
KISHORE PALLAPOTHU

STIPULATION AND [~~PROPOSED~~] ORDER
CR 14 - 70298 PSG                  2

1 **[~~PROPOSED~~] ORDER**

2 **GOOD CAUSE APPEARING** and per the parties' stipulation, the Court enters this order
3 continuing the date for a preliminary hearing or arraignment on an indictment, from Wednesday,
4 February 11, 2015, until Friday, April 17, 2015, before the duty magistrate, as well as documenting the
5 defendant's waiver of the time to conduct a preliminary hearing under Federal Rule of Criminal
6 Procedure Rule 5.1, as well as the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from
7 February 11, 2015, up to and including April 17, 2015.

8 Finally, as this stipulation and order references cooperation, the document shall be filed under
9 seal pending further order of this Court, except that copies may be provided to the United States and
10 counsel for the defendant.

11 **IT IS SO ORDERED.**

13 **Dated:** 2/10/2015

**HON. PAUL S. GREWAL**
**UNITED STATES MAGISTRATE JUDGE**

STIPULATION AND [~~PROPOSED~~] ORDER
CR 14 - 70298 PSG                    3