UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KISHORE PALLAPOTHU,<br><br>Defendant. | Case No.:  CR 14-70298 PSG<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS TO ALLOW FOR OUT-OF-DISTRICT TRAVEL** |

On March 5, 2013, the U.S. Attorney's Office filed a criminal complaint against defendant Kishore Pallapothu, alleging a violation of 18 U.S.C. § 1505, Obstruction of Justice. The matter was sealed by order of the Court and remains under seal.

On March 13, 2014, Mr. Pallapothu made an initial appearance before this Court.  The Court released Mr. Pallapothu on certain terms and conditions of release including an appearance bond and the standard condition that Mr. Pallapothu not travel outside of the Northern District of California.  For over sixteen months, Mr. Pallapothu has complied with all of the terms and conditions of his pretrial release without incident.  Additionally, Mr. Pallapothu

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS TO ALLOW FOR OUT-OF-DISTRICT TRAVEL [Case No.: CR 14-70298 PSG]

1

1  has traveled outside of the district with the pre-approval of the Court and Pretrial Services to
2  the District of Nevada and the Central and Southern Districts of California.
3      Mr. Pallapothu currently requests to be allowed to travel to Minneapolis, MN, from
4  August 11, 2015 until August 19, 2015, and for all domestic future travel outside the Northern
5  District of California thereafter, with the pre-approval of Pretrial Services.
6      As such, Mr. Pallapothu, through and by counsel, and the government jointly request
7  and stipulate that Mr. Pallapothu's pretrial release conditions be modified to allow Mr.
8  Pallapothu to travel outside of the Northern District of California with the pre-approval of
9  Pretrial Services.
10     Pretrial Services agrees with this modification.
11 SO STIPULATED:

        MELINDA HAAG
12         United States Attorney

14 Dated: July 20, 2015         _____/s/_____
15         TIMOTHY LUCEY
        Assistant United States Attorney

18 Dated: July 20, 2015         \_\_\_\_\_/s/_____
        EDWIN PRATHER
19         PRATHER LAW OFFICES
        Attorney for Defendant
20         KISHORE PALLAPOTHU

JOINT STIPULATION AND [PROPOSED] ORDER RE
MODIFICATION OF PRETRIAL RELEASE CONDITIONS TO
ALLOW FOR OUT-OF-DISTRICT TRAVEL [Case No.: CR 14-70298 PSG]

2

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, Mr. Pallaopthu's pretrial release conditions are hereby modified to allow him to travel outside of the Northern District of California, with the pre-approval of Pretrial Services.

IT IS SO ORDERED.

Dated: 7/27/2015

HON. PAUL S. GREWAL
U.S. MAGISTRATE JUDGE

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS TO ALLOW FOR OUT-OF-DISTRICT TRAVEL [Case No.: CR 14-70298 PSG]

3